IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 08-cv-02233-WYD-MEH        Date: October 24, 2008
Courtroom Deputy: Cathy Coomes                **FTR – Courtroom C203**

---

CHRIS E. BANKSTON and                         *Pro Se*
DIANE R. BANKSTON,                            (No appearance)

    Plaintiffs,

vs.

INTERNAL REVENUE SERVICE,                     Lisa Christian

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 3:29 a.m.

Court calls case. Appearances of *pro se* Plaintiff Chris Bankston and counsel. Mr. Bankston advises the Court that Diane Bankston is unable to attend this hearing.

Discussion between the Court and Mr. Bankston regarding jurisdiction. Mr. Bankston is advised that he cannot also represent Plaintiff Diane Bankston in this case.

Argument and discussion regarding Plaintiffs' Motion for Temporary Restraining Order (Doc. #3, filed 10/23/08).

By separate ruling, the Court will submit a Report and Recommendation to Judge Wiley Y. Daniel. The Court advises Mr. Bankston that he will have ten (10) days to object to the Report and Recommendation.

**Court in recess:** 4:00 p.m. **(Hearing concluded)**
**Total time in court:** 0:31