IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02233-WYD-MEH

CHRIS E. BANKSTON, and
DIANE R. BANKSTON,

    Plaintiffs,
v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2008.**

    Plaintiff's Motion for Leave of Court for Extension of Time to Perfect Service on Proper Parties Pursuant to Federal Rules (sic) of Civil Procedure 21 [filed December 12, 2008; docket #18] is **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).