IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02233-WYD-MEH

CHRIS E. BANKSTON, and
DIANE R. BANKSTON,

    Plaintiffs,
v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2008.**

    The United States' Unopposed Motion to Stay Discovery [filed December 18, 2008; docket #22] is **granted**. In light of the discussion on the record at the conference on December 17, 2008, discovery in this matter is stayed until the Court decides the pending Motion to Dismiss [docket #14]. The parties shall notify this Court within five days of the order on the Motion to Dismiss to set further scheduling in this matter if warranted.