IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02233-WYD-MEH

CHRIS E. BANKSTON, and
DIANE R. BANKSTON,

    Plaintiffs,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2009.**

    Plaintiffs' Motion for Leave of Court to Amend Petition and Perfect Service on Proper Parties Pursuant to Federal Rules of Civil Procedure 21 and the Magistrates Recommendation on the United States' Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (5) and (6) Received January 28 2009 [filed February 2, 2009; docket #34] is **denied as moot** pursuant to Fed. R. Civ. P. 15(a)(1). *See Glenn v. First Nat'l Bank*, 868 F.2d 368, 370 (10th Cir. 1989) (explaining that pursuant to Fed. R. Civ. P. 15(a)(1), a plaintiff does not need leave of court to file an amended complaint as a matter of course if a responsive pleading has not been filed, and a motion to dismiss is not a responsive pleading). Thus, Plaintiffs in this matter do not need leave of court to file an Amended Complaint.

    Additionally, the parties are reminded of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). Any future filings not in compliance with the Local Rules may be stricken.